1  Joel E. Tasca
   Nevada Bar No. 14124
2  Holly Ann Priest
   Nevada Bar No. 13226
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  priesth@ballardspahr.com

7  *Attorneys for Defendant PNC Bank N.A., d/b/a*
   *PNC Bank Mortgage*

8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11  KAYE A. CUBA

                                        CASE NO.  2:19-cv-01614-JCM-DJA
12              Plaintiff,

                                        **CORRECTED STIPULATION AND**
13      vs.                             **ORDER TO EXTEND TIME TO FILE**
                                        **RESPONSE TO THE COMPLAINT**
14  PNC BANK N.A., d/b/a PNC BANK
    MORTGAGE, EXPERIAN
15  INFORMATION SOLUTIONS, INC.,        **(First Request)**
    EQUIFAX INFORMATION SERVICES,
16  LLC AND TRANSUNION LLC,

17              Defendants.

18

19      PNC Bank N.A. ("PNC") and plaintiff Kaye A. Cuba, stipulate and agree that

20  PNC has up to and including October 31, 2019 to respond to Plaintiff's complaint

21  (ECF No. 1).

22      This is the first request for an extension, and it is made in good faith and not

23  for purposes of delay. Counsel for PNC was recently on medical leave and needs

24  additional time to investigate the allegations in the complaint. Accordingly, the

25  parties have requested a brief fourteen (14) day extension to file a response to the

26  complaint.

27              [Continued on next page.]

28

DMWEST #16448950 v1

1    DATED: October 10, 2019.

2    KAZEROUNI LAW GROUP, APC                    BALLARD SPAHR LLP

3

4    By: /s/  Gustavo Ponce                      By: /s/  Holly Ann Priest
         Michael Kind, Esq.                          Joel E. Tasca
         Nevada Bar No. 13903                         Nevada Bar No. 14124
5        Gustavo Ponce, Esq.                          Holly Ann Priest
         Nevada Bar No. 15084                         Nevada Bar No. 13226
6        6069 S. Fort Apache Rd., Suite 100          1980 Festival Plaza Drive, Suite 900
         Las Vegas, Nevada 89148                      Las Vegas, Nevada 89135
7        Tel: (800) 400-6808                          Tel: (702) 471-7000
         Fax: (800) 520-5523                          Fax: (702) 471-7070
8        mkind@kazlg.com                              tasca@ballardspahr.com
         gustavo@kazlg.com                            priesth@ballardspahr.com
9
     *Attorneys for Plaintiff Kaye A. Cuba*
10
                                                  *Attorneys for Defendant PNC Bank*
11                                                *N.A., d/b/a PNC Bank Mortgage*

12

13

14                                               **ORDER**

15

16                                               **IT IS SO ORDERED:**

17

18                                               Daniel J. Albregts
                                                 United States Magistrate Judge
19
                                                 DATED: October 15, 2019
20

21

22

23

24

25

26

27

28