**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAYE A. CUBA,<br><br>             Plaintiff,<br><br>v.<br><br>PNC BANK N.A. *d/b/a* PNC MORTGAGE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>             Defendants. | Case No. 2:19-cv-01614-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Plaintiff Kaye A. Cuba ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

      On September 13, 2019, Plaintiff filed her Complaint. On September 24, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 15, 2019.

4017205.1

1

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 5, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 11th day of October 2019.

                    **QUILLING SELANDER LOWNDS**
                      **WINSLETT & MOSER, P.C.**

                    */s/ Jennifer Bergh*
                    Jennifer Bergh
                    Nevada Bar No. 14480
                    6900 N. Dallas Parkway, Suite 800
                    Plano, Texas 75024
                    Telephone: (214) 560-5460
                    Facsimile: (214) 871-2111
                    jbergh@qslwm.com
                    *Counsel for Trans Union LLC*


                    **KAZEROUNI LAW GROUP, APC**

                    */s/ Gustavo Ponce*
                    Gustavo Ponce, Esq.
                    Nevada Bar No. 15084
                    6069 South Fort Apache Road, Suite 100
                    Las Vegas, Nevada 89148
                    Telephone: (800) 400-6808
                    Facsimile: (800) 520-5523
                    gustavo@kazlg.com
                    *Counsel for Plaintiff*

4017205.1

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 16th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4017205.1