Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant PNC Bank N.A., d/b/a PNC Bank Mortgage*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAYE A. CUBA<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK N.A., d/b/a PNC BANK MORTGAGE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC AND TRANSUNION LLC,<br><br>Defendants. | CASE NO. 2:19-cv-01614-JCM-DJA<br><br>CORRECTED STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO THE COMPLAINT<br><br>(Second Request) |

PNC Bank N.A. ("PNC") and plaintiff Kaye A. Cuba, stipulate and agree that PNC has up to and including November 6, 2019 to respond to Plaintiff's complaint (ECF No. 1).

This is the second request for an extension, and it is made in good faith and not for purposes of delay. Counsel for PNC needs additional time to investigate the allegations in the complaint. Accordingly, the parties have requested a brief four (4) day extension to file a response to the complaint.

**[Continued on next page.]**

DATED: October 31, 2019.

| KAZEROUNI LAW GROUP, APC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Gustavo Ponce<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>Gustavo Ponce, Esq.<br>Nevada Bar No. 15084<br>6069 S. Fort Apache Rd., Suite 100<br>Las Vegas, Nevada 89148<br>Tel: (800) 400-6808<br>Fax: (800) 520-5523<br>mkind@kazlg.com<br>gustavo@kazlg.com<br><br>*Attorneys for Plaintiff Kaye A. Cuba* | By: /s/ Holly Ann Priest<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Tel: (702) 471-7000<br>Fax: (702) 471-7070<br>tasca@ballardspahr.com<br>priesth@ballardspahr.com<br><br>*Attorneys for Defendant PNC Bank N.A., d/b/a PNC Bank Mortgage* |

**ORDER**

**IT IS SO ORDERED:**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: November 4, 2019