1   Joel E. Tasca
    Nevada Bar No. 14124
2   Holly Ann Priest
    Nevada Bar No. 13226
3   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
4   Las Vegas, Nevada 89135
    Telephone: (702) 471-7000
5   Facsimile: (702) 471-7070
    tasca@ballardspahr.com
6   priesth@ballardspahr.com

7   *Attorneys for Defendant PNC Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYE A. CUBA<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK N.A., d/b/a PNC BANK MORTGAGE, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC AND TRANSUNION LLC,<br><br>Defendants. | CASE NO.  2:19-cv-01614-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PNC BANK WITH PREJUDICE** |

Plaintiff Kaye Cuba and Defendant PNC Bank N.A. ("PNC") by and through counsel, hereby stipulate and agree that all claims against PNC are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED this 29th day of May, 2020.

**[Signatures on next page.]**

BALLARD SPAHR LLP
1980 Festival Drive Plaza, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

41075456_1.docx

KAZEROUNI LAW GROUP, APC

By: /s/ Gustavo Ponce
     Gustavo Ponce, Esq.
     6069 South Fort Apache Rd., Ste. 100
     Las Vegas, Nevada  89148
     *Attorney for Plaintiff* Irvine,
     California  92612

*Attorney for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
     Joel E. Tasca
     Nevada Bar. No. 14124
     Holly Ann Priest
     Nevada Bar. No. 13226
     1980 Festival Plaza Drive, Suite 900
     Las Vegas, Nevada 89135

*Attorneys for Defendant PNC Bank. N.A.*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED:    June 1, 2020
_____

BALLARD SPAHR LLP
1980 Festival Drive Plaza, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

41075456_1.docx