1  Gustavo Ponce, Esq.
2  Nevada Bar No. 15084
   **KAZEROUNI LAW GROUP, APC**
3  6069 S. Fort Apache Rd., Ste 100
4  Las Vegas, NV 89148
   Phone: (800) 400-6808
5  gustavo@kazlg.com
6  *Attorneys for Kaye A. Cuba*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kaye A. Cuba, | Case No: 2:19-cv-01614-JCM-DJA |
| Plaintiff, | |
| v. | **Stipulation of Dismissal of Equifax Information Services, LLC** |
| PNC Bank N.A. *dba* PNC Mortgage, Experian Information Solutions, Inc., Equifax Information Services, LLC and Trans Union LLC, | |
| Defendants. | |

///
///
///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kaye Cuba ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 7th day of July 2020.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**Clark Hill PLLC**

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: July 10, 2020

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 7, 2020, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148