Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (800) 400-6808
gustavo@kazlg.com
*Attorneys for Kaye A. Cuba*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kaye A. Cuba,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PNC Bank N.A. *dba* PNC Mortgage, Experian Information Solutions, Inc., Equifax Information Services, LLC and Trans Union LLC,<br><br>　　　　　Defendants. | Case No: 2:19-cv-01614-JCM-DJA<br><br>**Stipulation of Dismissal of Trans Union LLC** |

///
///
///

1       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kaye
2  Cuba ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to
3  dismiss with prejudice Plaintiff's claims against Defendant only in this matter.  Each
4  party will bear its own costs, disbursements, and attorney fees.

6       DATED this **29th** day of September 2020.

8       **KAZEROUNI LAW GROUP, APC**

10      By:  /s/ Gustavo Ponce
        Gustavo Ponce, Esq.
11      6069 S. Fort Apache Rd., Ste. 100
        Las Vegas, NV 89148
12      *Attorneys for Plaintiff*

13      **Quilling, Selander, Lownds, Winslett & Moser, P.C.**

15      By:  /s/Jennifer Rebecca Bergh
        Jennifer Rebecca Bergh, Esq.
16      6900 N. Dallas Parkway, Suite 800
        Plano, TX 75204
17      *Attorneys for Defendant*
18      *Trans Union LLC.*

21                              IT IS SO ORDERED.

23                              UNITED STATES DISTRICT JUDGE

24                                  Dated: October 5, 2020

1  **CERTIFICATE OF SERVICE**

2  I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil
3  Procedure that on September **29**, 2020, the foregoing Stipulation was served via
4  CM/ECF to all parties appearing in this case.

6  **KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148